FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALEXEY VLADIMIROVICH BLYUMENTAL,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; KENNETH T. CUCCINELLI, II, Senior Official performing the duties of the Director, U.S. Citizenship and Immigration Servies; and CHRYSTA STOCK, Field Officer, Director U.S. Citizenship and Immigration Services, Spokane, Washington field office,<br><br>　　　　　　　Defendants. | NO: 2:20-CV-231-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the Plaintiff's Stipulated Motion to Dismiss without Prejudice, ECF No. 3. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1. Plaintiff's Stipulated Motion to Dismiss without Prejudice, **ECF No. 3**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed without prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** August 6, 2020.

                                     *s/ Rosanna Malouf Peterson*
                                 ROSANNA MALOUF PETERSON
                                   United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2